# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Martin Construction, Inc., | )<br>) |
| Plaintiffs, | ) **ORDER**<br>) |
| vs. | )<br>) |
| Concrete Strategies, LLC, | ) Case No. 1:15-cv-007<br>) |
| Defendants. | ) |

The final pretrial conference scheduled for June 14, 2016, at 1:30 p.m. before the undersigned is cancelled. The parties shall e-mail their respective witness lists, exhibit lists, and expert reports to ndd_J-Hovland@ndd.uscourts.gov at least 7 calendar days prior to trial. If Judge Hovland believes a pretrial conference is required at some point, one will be scheduled for a different date and time before him.

**IT IS SO ORDERED.**

Dated this 10th day of June, 2016.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court